**UNITED STATES BANKRUPTCY COURT**
EASTERN **DISTRICT OF** TEXAS
MARSHALL **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, JACK A. | § | Case No. 11-20012 |
| SMITH, ANGELICA S. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael J. McNally, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 384,941.61<br>*(Without deducting any secured claims)* | Assets Exempt: 69,931.61 |
| Total Distributions to Claimants: 18,321.47 | Claims Discharged<br>Without Payment: 1,052,469.32 |
| Total Expenses of Administration: 6,678.87 | |

3) Total gross receipts of $ 25,000.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.34 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 214,252.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,678.87 | 6,678.87 | 6,678.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 112,000.00 | 112,000.00 | 18,321.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 313,348.62 | 740,541.19 | 740,535.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 527,600.62 | $ 859,220.06 | $ 859,214.06 | $ 25,000.34 |

4) This case was originally filed under chapter 7 on 01/19/2011 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/05/2013 By:/s/Michael J. McNally
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK 42-1/2% SHARE (EST VALUE AT THE END OF 2009 | 1241-000 | 1,000.00 |
| OTHER MISCELLANEOUS-Preference claim: P Smith/Pave | 1241-000 | 24,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | $ 25,000.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank 201 N. Wood St. Gilmer, Texas 75644 | | 59,319.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank 201 N. Wood St. Gilmer, Texas 75644 | | 55,953.00 | NA | NA | 0.00 |
| | First National Bank-Gilmer P.O. Box 520 Gilmer, Texas 75644 | | 23,980.00 | NA | NA | 0.00 |
| | Patricia Smith 6177 Scrub Pine Rd. Big Sandy, TX 75755 | | 75,000.00 | NA | NA | 0.00 |
| | Patricia Smith 6177 Scrub Pine Rd. Big Sandy, TX 75755 | | 0.00 | NA | NA | 0.00 |
| | Representing: Patricia Smith | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 214,252.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL J. MCNALLY | 2100-000 | NA | 3,250.03 | 3,250.03 | 3,250.03 |
| MICHAEL J. MCNALLY | 2200-000 | NA | 634.64 | 634.64 | 634.64 |
| MCNALLY & PATRICK, L.L.P. | 3110-000 | NA | 2,783.50 | 2,783.50 | 2,783.50 |
| MCNALLY & PATRICK, L.L.P. | 3120-000 | NA | 10.70 | 10.70 | 10.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,678.87 | $ 6,678.87 | $ 6,678.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008-2A | PATTY SMITH | 5100-000 | NA | 112,000.00 | 112,000.00 | 18,321.47 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 112,000.00 | $ 112,000.00 | $ 18,321.47 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Advanta Credit Cards P.O. Box 5657 Hicksville, NY 11802 | | 36,232.53 | NA | NA | 0.00 |
| | Allied Interstate, Inc. P.O. Box 361774 Columbus, OH 43236 | | 1,622.37 | NA | NA | 0.00 |
| | Bank of America P.O. Box 1598 Norfolk, VA 23501 | | 0.00 | NA | NA | 0.00 |
| | Bealls P.O. Box 659465 San Antonio, Texas 78265-94650 | | 2,622.00 | NA | NA | 0.00 |
| | Best Buy Retail Services P.O. Box 60148 City of Industry, CA 91716-0148 | | 0.00 | NA | NA | 0.00 |
| | Betty Smith 6355 Scrub Pine Rd. Big Sandy, TX 75755 | | 25,000.00 | NA | NA | 0.00 |
| | Betty Smith 6355 Scrub Pine Rd. Big Sandy, TX 75755 | | 58,000.00 | NA | NA | 0.00 |
| | Citi/Sears P.O. Box 6000 The Lakes, NV 89163 | | 1,658.73 | NA | NA | 0.00 |
| | Citibank/Gordon's Jewelers P.O. Box 6497 Sioux Falls, SD 57117-6497 | | 1,162.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corpra Care, Inc. P.O. Box 941269 Houston, TX 77094 | | 235.00 | NA | NA | 0.00 |
| | Corpra Care, Inc. P.O. Box 941269 Houston, TX 77094 | | 580.00 | NA | NA | 0.00 |
| | ETMC-Gilmer P.O. Box 1237 Gilmer TX 75644 | | 5,746.00 | NA | NA | 0.00 |
| | ETMC/TYLER P.O. Box 7000 Tyler, Texas 75702 | | 629.80 | NA | NA | 0.00 |
| | East Texas Medical Center P.O. Box 7000 Tyler, Texas 75711-7000 | | 1,820.72 | NA | NA | 0.00 |
| | East Texas Medical Center-Gilmer P.O. Box 1237 Gilmer TX 75644 | | 1,480.00 | NA | NA | 0.00 |
| | East Texas Medical Center-Gilmer P.O. Box 1237 Gilmer TX 75644 | | 19.38 | NA | NA | 0.00 |
| | GEMB/Home Imprivement Inst. P.O. Box 6153 Rapid City, SD 57709 | | 16,144.00 | NA | NA | 0.00 |
| | Griffith & Smoak, P.C. P.O. Box 864 Gilmer, TX 75644-0864 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC/Best Buy P.O. Box 15519 Wilmington, DE 19850 | | 1,979.00 | NA | NA | 0.00 |
| | Kevin J. Dohanich, CPA 313 Ralph St. Longview, TX 75605-1115 | | 0.00 | NA | NA | 0.00 |
| | LVNV/Funding Nextel P.O. Box 10497 Greenville, SC 38865-7525 | | 1,682.00 | NA | NA | 0.00 |
| | MCM Dept. 12421 P.O. Bo 603 Oaks, PA 19456 | | 0.00 | NA | NA | 0.00 |
| | Memorial Hermann Patient Business Services P.O. Box 203197 Houston, TX 77216-3197 | | 18,492.00 | NA | NA | 0.00 |
| | Merchants & Professionals 11921 N. Pac Expy Ste. Austin, Texas 78759 | | 967.00 | NA | NA | 0.00 |
| | Michael Martin P.O. Box 657 Gilmer, TX 75644-0657 | | 0.00 | NA | NA | 0.00 |
| | NCB Management Services, Inc. P.O. Box 1099 Langhorne, PA 19047 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, Inc./38 P.O. Box 13564 Philadelphia, PA 19101 | | 18,492.00 | NA | NA | 0.00 |
| | NCO-MEDCLR P.O. Box 8547 Philadelphia, PA 19101 | | 1,106.00 | NA | NA | 0.00 |
| | Representing: Bealls | | 0.00 | NA | NA | 0.00 |
| | Representing: Citi/Sears | | 0.00 | NA | NA | 0.00 |
| | Representing: Citibank/Gordon's Jewelers | | 0.00 | NA | NA | 0.00 |
| | Representing: Corpra Care, Inc. | | 0.00 | NA | NA | 0.00 |
| | Representing: Corpra Care, Inc. | | 0.00 | NA | NA | 0.00 |
| | Representing: ETMC-Gilmer | | 0.00 | NA | NA | 0.00 |
| | Representing: East Texas Medical Center-Gilmer | | 0.00 | NA | NA | 0.00 |
| | Representing: FIA Card Services | | 0.00 | NA | NA | 0.00 |
| | Representing: FIA Card Services | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: GE Money Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: HSBC/Best Buy | | 0.00 | NA | NA | 0.00 |
| | Representing: Memorial Hermann | | 0.00 | NA | NA | 0.00 |
| | Representing: Tyler Radiology Associates | | 0.00 | NA | NA | 0.00 |
| | Representing: Upshur Emergency Med Association | | 0.00 | NA | NA | 0.00 |
| | Representing: Upshur Emergency Med Association | | 0.00 | NA | NA | 0.00 |
| | Representing: Upshur Emergency Med Association | | 0.00 | NA | NA | 0.00 |
| | Representing: Upshur Emergency Med Association | | 0.00 | NA | NA | 0.00 |
| | THD/CBSD P.O. Box 6497 Sioux Falls, SD 57117 | | 11,975.00 | NA | NA | 0.00 |
| | THD/CBSD P.O. Box 6497 Sioux Falls, SD 57117 | | 2,438.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Home Depot/CBSD Ccs Gray Ops Center P.O. Box 6497 Sioux Falls, SD 57117-6497 | | 2,438.00 | NA | NA | 0.00 |
| | Tyler Radiology Associates P.O. Box 9590 Tyler, Texas 75711 | | 967.00 | NA | NA | 0.00 |
| | Tyler Radiology Associates P.O. Box 9590 Tyler, Texas 75711 | | 944.00 | NA | NA | 0.00 |
| | UT Physicians 1851 Crosspoint Houston, TX 77054 | | 0.00 | NA | NA | 0.00 |
| | Upshur Emergency Med Association P.O. Box 736 San Antonio, TX 78293-0736 | | 1,900.00 | NA | NA | 0.00 |
| | Verizon Wireless Bankruptcy Department P.O. Box 3307 Bloomington, IL 61072 | | 397.50 | NA | NA | 0.00 |
| | WFNNB Bealls P.O. Box 2974 Mission, KS 66201 | | 1,525.00 | NA | NA | 0.00 |
| 000004 | FIRST NATIONAL BANK-GILMER | 7100-000 | NA | 134,742.41 | 134,742.41 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008-2B | PATTY SMITH | 7100-000 | NA | 6,200.00 | 6,200.00 | 0.00 |
| 000009 | PAVEMENT TOOL MANUFACTURERS, INC. | 7100-000 | NA | 496,182.48 | 496,182.48 | 0.00 |
| 000002 | ASSET ACCETANCE LLC | 7100-900 | 0.00 | 2,310.78 | 2,310.78 | 0.00 |
| 000003 | ASSET ACCETANCE LLC | 7100-900 | 0.00 | 2,704.54 | 2,704.54 | 0.00 |
| 000005 | CAPITAL RECOVERY IV LLC | 7100-900 | 0.00 | 1,725.43 | 1,725.43 | 0.00 |
| 000010 | FIA CARD SERVICES, N.A. | 7100-900 | 35,318.29 | 35,318.29 | 35,318.29 | 0.00 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | 35,318.00 | 35,318.29 | 35,318.29 | 0.00 |
| 000006 | GE MONEY BANK | 7100-900 | 16,063.00 | 16,063.84 | 16,063.84 | 0.00 |
| 000001 | ROC-HOUSTON, PA | 7100-900 | 6,735.00 | 7,995.90 | 7,995.90 | 0.00 |
| 000011 | CAPITAL ONE, N.A. | 7200-000 | 1,658.73 | 1,979.23 | 1,973.23 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 313,348.62 | $ 740,541.19 | $ 740,535.19 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 11-20012 BP Judge: BILL PARKER
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 03/14/11
Claims Bar Date: 06/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD REAL PROPERTY DESCRIBED AS ABS A452 SAND | 18,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY ABS A149 ESPARCIA, MA ANTONIO, 35.0 | 56,000.00 | 0.00 | | 0.00 | FA |
| 3. REAL PROPERTY REAL PROPERTY DESCRIBED AS ABS A149 | 12,680.00 | 0.00 | | 0.00 | FA |
| 4. REAL PROPERTY ABS A149 ESPARCIA MA ANTONIO 32.5923 | 199,480.00 | 0.00 | | 0.00 | FA |
| 5. REAL PROPERTY RENT HOUSE LOCATED AT ABS A149 ESPAR | 45,000.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT WITH: AUSTIN BANK ACCT NO. XXXX51 | 0.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCUNT WITH: CHASE BANK ACCOUNT NO. XXXX4 | 0.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT WITH: REGIONAL BANK ACCOUNT NO. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1 TV, 1 ENTERTAINMENT CENTER, 1 DVD PLAYER, 2 CD P | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. MISC. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 11. SUMMER AND WINTER WEARING APPAREL (DEBTOR) | 200.00 | 0.00 | | 0.00 | FA |
| 12. SUMMER AND WINTER WEARING APPAREL (CO-DEBTOR) | 300.00 | 0.00 | | 0.00 | FA |
| 13. 2 WEDDING RINGS 2 WATCHES AND MISC. COSTUME JEWELR | 300.00 | 0.00 | | 0.00 | FA |
| 14. 1985 FENDER STRAROCASTER GUITAR | 250.00 | 0.00 | | 0.00 | FA |
| 15. 1980 FENDER PRINCETON CHORUS AMPLIFIER | 150.00 | 0.00 | | 0.00 | FA |
| 16. ACOUSTIC, CARLO RODELI GUITAR | 50.00 | 0.00 | | 0.00 | FA |
| 17. SAVAGE RIFLE, 110 DL, CAL 7MM MAG (JACK SMITH'S) | 150.00 | 0.00 | | 0.00 | FA |
| 18. SAVAGE RIFLE, 110 E, CAL .243 (ANGELICA SMITH'S) | 100.00 | 0.00 | | 0.00 | FA |
| 19. SMITH & WESSON PISTOL 29 CAL. 44 MAG (JACK SMITH'S | 150.00 | 0.00 | | 0.00 | FA |
| 20. SMITH & WESSON PISTOL, 22 CAL (ANGELICA SMITH'S) | 150.00 | 0.00 | | 0.00 | FA |
| 21. BANKERS LIFE AND CASUALTY COMPANY PENSION NO.7866 | 30,559.65 | 0.00 | | 0.00 | FA |
| 22. BANKERS LIFE AND CASUALTY COMPANY PENSION NO. 787 | 5,086.21 | 0.00 | | 0.00 | FA |
| 23. LINCOLN BENEFIT LIFE SAVER'S INDEX PENSION NO. LBC | 6,351.89 | 0.00 | | 0.00 | FA |
| 24. LINCOLN BENEFIT LIFE COMPANY PENSION NO. LBCA08210 | 1,408.86 | 0.00 | | 0.00 | FA |
| 25. STOCK 42-1/2% SHARE (EST VALUE AT THE END OF 2009<br>Pavement Tool Manufacturers, Inc. stock; per Order | 425,000.00 | 1,000.00 | | 1,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 11-20012 BP Judge: BILL PARKER
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.

Trustee Name: Michael J. McNally
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 03/14/11
Claims Bar Date: 06/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 1969 VOLKSWAGON EURO VAN (HIS VEHICLE) 92,000 MILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 27. 1995 HARLEY DAVIDSON ELECTROGLIDE (WRECKED 2 YEARS | 500.00 | 0.00 | | 0.00 | FA |
| 28. 1993 GMC 1-TON DULLY, (TRANSMISSION OUT) | 150.00 | 0.00 | | 0.00 | FA |
| 29. 1969 INTERNATIONAL 1700 BOON CRANE TRUCK MOD-1850 | 50.00 | 0.00 | | 0.00 | FA |
| 30. 1998 FORD MUSTANG (WIFE'S VEHICLE) 137,000 MILES | 2,500.00 | 0.00 | | 0.00 | FA |
| 31. 1991 HONDA CIVIC, (NOT RUNNING) | 150.00 | 0.00 | | 0.00 | FA |
| 32. 1991 MERC BENZ, (NOT RUNNING) | 50.00 | 0.00 | | 0.00 | FA |
| 33. 1985 GOOSE NECK 28' CAMPLER (NOT RUNNING) | 200.00 | 0.00 | | 0.00 | FA |
| 34. 1960 CHEVY 1/2 TON (150,000 MILES) | 50.00 | 0.00 | | 0.00 | FA |
| 35. 1999 PONTIAC GRAND PRIX (HEAD GASKET BLOWN) 156,00 | 200.00 | 0.00 | | 0.00 | FA |
| 36. 2 LITTLE PUPPIES NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 37. 16' FLAT BED TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| 38. LIGHT DUMP TRAILER (1/2 OWNED) | 500.00 | 0.00 | | 0.00 | FA |
| 39. 1 RIDING LAWN MOWER AND OTHER MISC, FARMING EQUIPM | 300.00 | 0.00 | | 0.00 | FA |
| 40. MISC. PERSONAL COMPUTER | 125.00 | 0.00 | | 0.00 | FA |
| 41. OTHER MISCELLANEOUS-Preference claim: P Smith/Pave (u) Per settlement, approved by Court | 0.00 | 24,000.00 | | 24,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.34 | | 0.34 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $809,941.61 | $25,000.34 | | $25,000.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 11-20012 BP Judge: BILL PARKER
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.

Trustee Name: Michael J. McNally
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 03/14/11
Claims Bar Date: 06/14/11

Investigating preference payments and value of stock

Initial Projected Date of Final Report (TFR): 04/01/13 Current Projected Date of Final Report (TFR): 12/31/12

Exhibit 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20012 -BP
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
Taxpayer ID No: *******2468
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: *******1044 Checking Account
Blanket Bond (per case limit): $ 300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 08/10/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,206.14 | | 22,206.14 |
| C 12/03/12 | 030001 | MICHAEL J. MCNALLY<br>100 E. Ferguson, Ste. 400<br>Tyler, TX 75702 | Chapter 7 Compensation/Fees | 2100-000 | | 3,250.03 | 18,956.11 |
| C 12/03/12 | 030002 | MICHAEL J. MCNALLY<br>100 E. Ferguson, Ste. 400<br>Tyler, TX 75702 | Chapter 7 Expenses | 2200-000 | | 634.64 | 18,321.47 |
| C 12/03/12 | 030003 | Patty Smith<br>P.O. Box 1048<br>Gladewater, Texas 75647 | Claim 000008-2A, Payment 16.35846%<br>(8-2) Spousal support and expense reimbursement | 5100-000 | | 18,321.47 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******1044

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 22,206.14 |
| | Total | $ | 22,206.14 |

| | | | |
|---|---|---|---|
| 3 | Checks | | 22,206.14 |
| 0 | Adjustments Out | | 0.00 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 22,206.14 |

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-20012 -BP
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
Taxpayer ID No: *******2468
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1056 BofA - Money Market Account
Blanket Bond (per case limit): $ 300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 06/11/12 | | Pavement Tool Manufacturers, Inc.<br>P O Box 1048<br>Gladewater, Tx 75647-01048 | Stocks, Preference Claim | 1241-000 | 25,000.00 | | 25,000.00 |
| 06/11/12 | 25 | Asset Sales Memo: | STOCK 42-1/2% SHARE (EST VALUE AT THE END OF 2009 $1,000.00 | | | | 25,000.00 |
| 06/11/12 | 41 | Asset Sales Memo: | OTHER MISCELLANEOUS-Preference claim: P Smith/Pave $24,000.00 | | | | 25,000.00 |
| C t 06/13/12 | | Transfer to Acct #*******1072 | Bank Funds Transfer | 9999-000 | | 2,794.20 | 22,205.80 |
| C 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 22,205.90 |
| C 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,206.09 |
| C 08/10/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 22,206.14 |
| C t 08/10/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 22,206.14 | 0.00 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-20012 -BP
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
Taxpayer ID No: *******2468
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1056 BofA - Money Market Account
Blanket Bond (per case limit): $ 300,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

* Reversed
t Funds Transfer
C Bank Cleared

Account *******1056

| | | Amount | | | Amount |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 25,000.00 | 0 | Checks | 0.00 |
| 3 | Interest Postings | 0.34 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 25,000.34 |
| | Subtotal | $ 25,000.34 | | | |
| | | | | Total | $ 25,000.34 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 25,000.34 | | | |

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-20012 -BP
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
Taxpayer ID No: *******2468
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1072 BofA - Checking Account
Blanket Bond (per case limit): $ 300,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 06/13/12 | | Transfer from Acct #*******1056 | Bank Funds Transfer | 9999-000 | 2,794.20 | | 2,794.20 |
| C 06/13/12 | 003001 | McNally & Patrick, L.L.P.<br>100 E Ferguson, Suite 400<br>Tyler, Tx 75702 | Attorney Fees for Trustee - MT3969 | 3110-000 | | 2,783.50 | 10.70 |
| C 06/13/12 | 003002 | McNally & Patrick, L.L.P.<br>100 E Ferguson, Suite 400<br>Tyler, Tx 75702 | Attorney Expenses for Trustee - MT3 | 3120-000 | | 10.70 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******1072

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 2,794.20 |
| | Total | $ | 2,794.20 |

| | | | |
|---|---|---|---|
| 2 | Checks | | 2,794.20 |
| 0 | Adjustments Out | | 0.00 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 2,794.20 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-20012 -BP
Case Name: SMITH, JACK A.
SMITH, ANGELICA S.
Taxpayer ID No: *******2468
For Period Ending: 03/05/13

Trustee Name: Michael J. McNally
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1072 BofA - Checking Account
Blanket Bond (per case limit): $ 300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 5 | Checks | 25,000.34 |
| 3 | Deposits | 25,000.00 | 0 | Adjustments Out | 0.00 |
| 3 | Interest Postings | 0.34 | 2 | Transfers Out | 25,000.34 |
| | Subtotal | $ 25,000.34 | | Total | $ 50,000.68 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 25,000.34 | | | |
| | Total | $ 50,000.68 | | Net Total Balance | $ 0.00 |